AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY SCOTT | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 09-CV-113S |
| v. | |
| NIAGARA CREDIT SOLUTIONS INC. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that upon the Acceptance of an Offer of Judgment, judgment is entered in favor of Kathy Scott against Niagara Credit Solutions Inc. in the amount of $3,001.00 plus reasonable attorney's fees and costs.

Date: April 15, 2011                    MICHAEL J. ROEMER, CLERK


                                        By: s/Suzanne Grunzweig
                                              Deputy Clerk